Hearing Date: <u>December 2, 2015</u>
Time: <u>3:30 p.m.</u>

ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Nathan Schwed
Jantra Van Roy
Robert Guttmann

*Attorneys for Citibank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HYPNOTIC TAXI LLC, et al.,[1]<br><br>Debtors | Case No.: 15-43300 (CEC)<br>(Jointly Administered) |
| CITIBANK, N.A.,<br>Plaintiff,<br>- against -<br>BOMBSHELL TAXI LLC, et al.,<br>Defendants | Adv. Proc. No. 15-01185 |

### NOTICE OF MOTION FOR
### ABSTENTION PURSUANT TO 28 USC § 1334(C)
### OR, ALTERNATIVELY, REMAND PURSUANT TO 28 USC § 1452(B)

---

[1]   The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 1543321)

**PLEASE TAKE NOTICE** that a hearing on the motion (the "Motion") of Citibank, N.A. ("Citibank") for abstention pursuant to 28 U.S.C. §1334(c) or, alternatively, remand pursuant to 28 U.S.C. §1452(b) will be held on **December 2, 2015, at 3:30 p.m.** before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at a hearing to be held at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 (the "Hearing").

**PLEASE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be: (a) filed by ECF with the Clerk of the Court and (b) served upon the undersigned counsel at the address set forth below, so as to actually be received **no later than 4:00 p.m. on November 25, 2015** (the "Objection Deadline").

Dated: New York, New York
November 5, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Nathan Schwed
Nathan Schwed
Jantra Van Roy
Robert Guttman
Attorneys for Citibank, N.A.
1211 Avenue of Americas
New York, New York 10036
Tel: 212-223-0400
Fax: 212-753-0396

832640