UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HYPNOTIC TAXI LLC, et al.,[1] | Case No.:   15-43300 (CEC)<br>(Jointly Administered) |
| Citibank, N.A.,<br><br>                                        Plaintiff,<br><br>                        - against -<br><br>BOMBSHELL TAXI LLC, et al.,<br><br>                                        Defendants. | Adv. Proc. No. 15-01185 (CEC)<br><br>**ORDER AMENDING TRO AND AUTHORIZING ADDITIONAL DISCOVERY** |

Upon reading and filing the Declarations of Bernadette Walsh and Nathan Schwed dated November 2, 2015 and upon all the papers and proceedings heretofore had herein, and the Court having concluded that plaintiff Citibank, N.A. ("Citibank") is entitled to an Order of Attachment against defendant Evgeny Freidman ("Freidman");

NOW, therefore on application of Zeichner Ellman & Krause LLP, counsel for plaintiff Citibank, it is

ORDERED, that the Temporary Restraining Order contained in this Court's Order to Show Cause entered November 5, 2015 shall continue to remain in full force and effect pending further order of the Court; and it is further

---

[1]    The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 1543321).

ORDERED, pursuant to CPLR 6210, that, pending further order of the Court, Freidman, or any agents of Freidman or any garnishee (as defined in CPLR Article 62), including the Trusts, and their respective current, former and future trustees, and any other person in custody or control of assets of Freidman shall be forbidden to:

(1)    create, or suffer any creation of, documents evidencing any ownership interest in any property in which such person knows or has reason to believe that Freidman has an interest including, without limitation, any assets transferred by Freidman to the Trusts;

(2)    grant or suffer any encumbrance on, or make or suffer any transfer of, any real property owned by any entity in which Freidman has an ownership interest, including without limitation any real property or cooperative shares owned by Freidman, or by LLCs or Corporations whose ownership interests were transferred by Freidman to the Trusts;

ORDERED, that Citibank may record this Order in the Office of any County Clerk (or any other appropriate recording office) in order to provide notice of this Order to any party making inquiry with respect to property in which Freidman and/or the Trusts have an interest; and it is further

ORDERED, that Citibank is authorized to issue an expedited Subpoena Duces Tecum to Michael A. Zimmerman, Esq. to require Mr. Zimmerman to produce documents and appear for an examination under oath to occur on or before November 18, 2015 in the offices of Zeichner Ellman and Krause LLP, 1211 Avenue of the Americas, New York, NY 10036.



**Dated: Brooklyn, New York**
**November 16, 2015**
#834735v1/NS/5085.076                     3

_____
**Carla E. Craig**
**United States Bankruptcy Judge**