

# Fox Rothschild LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

MATTHEW S. ADAMS
Direct Dial: 973-994-7573
Email Address: MAdams@Foxrothschild.com

November 20, 2015

**VIA ELECTRONIC FILING**

Hon. Carla E. Craig, Chief U.S.B.J.
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

Re:   **Citibank, N.A. v. Bombshell Taxi LLC et al**
      **Case No. 1-15-01185-cec**

Dear Judge Craig:

    As Your Honor is aware, we represent Evgeny Freidman in connection with the above-referenced action. We write to request that the Court issue an Order allowing Mr. Freidman to take discovery in advance of the upcoming hearing regarding Citibank N.A.'s ("Citibank") efforts to obtain a pre-judgment Order of Attachment on November 30, 2015. Specifically, Mr. Freidman seeks to take the deposition of a corporate representative of Citibank to learn, *inter alia*, when and how Citibank first became aware that Mr. Freidman lawfully transferred assets to grantor trusts. This speaks directly to Citibank's allegations of fraud. Substantial pre-hearing discovery is underway by Citibank, and fundamental fairness and due process require that Mr. Freidman be afforded an equal right to such discovery.

    Mr. Freidman's counsel has asked Citibank's counsel to produce a corporate representative of Citibank for a deposition in advance of the November 30, 2015 hearing, as the existing Order of the Court allowing pre-hearing discovery does not preclude Mr. Freidman from taking such discovery. Notwithstanding Mr. Freidman's counsel's highly relevant and reasonable request, Citibank has indicated that it refuses to allow Mr. Freidman to engage in any pre-hearing discovery whatsoever. Citibank's counsel appears to believe that the Court's Order allowing pre-hearing discovery is a one-way street, permitting <u>only Citibank</u> to conduct pre-hearing discovery and not Mr. Freidman.



# Fox Rothschild LLP
ATTORNEYS AT LAW

Hon. Carla E. Craig, Chief U.S.B.J.
November 20, 2015
Page 2

If Mr. Freidman is not afforded the opportunity to conduct any pre-hearing discovery, as Citibank suggests, Mr. Freidman shall be deprived of basic due process rights and will effectively be denied a meaningful opportunity to present all facts necessary to defend against Citibank's misguided allegations that he engaged in the fraudulent secretion of assets.

Accordingly, Mr. Freidman respectfully requests that the Court issue an Order definitively clarifying its prior Order, and requiring a Citibank representative with knowledge of the matters at issue in this proceeding to appear for a deposition on or before Tuesday, November 24, 2015.

As always, we thank the Court for its consideration of this matter and for the opportunity to bring these issues to the attention of the Court. Should the Court require anything further, please do not hesitate to have Your Honor's chambers contact the undersigned directly.

Respectfully submitted,

/s/ Matthew S. Adams
Matthew S. Adams

MSA:jk

cc:   Counsel of Record (*via ECF*)