Hearing date: November 30, 2015 at 9:30 a.m.

ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 223-0400
Facsimile: (212) 753-0396
Nathan Schwed
Jantra Van Roy
Robert Guttmann

*Attorneys for Citibank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HYPNOTIC TAXI LLC, et al.,[1] | Case No.: 15-43300 (CEC)<br>(Jointly Administered) |
| Citibank, N.A.,<br><br>       Plaintiff,<br><br>  - against -<br><br>BOMBSHELL TAXI LLC, et al.,<br><br>       Defendants. | Adv. Proc. No. 15-01185 (CEC) |

**STATEMENT REGARDING CITIBANK, N.A.'s
TRIAL EXHIBITS FOR NOVEMBER 30, 2015 HEARING**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli TaInc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 1543321).

Pursuant to the Scheduling Order of the Court dated November 19, 2015 (Docket No. 34), attached hereto as Exhibits 1 through 22 are the documents Citibank, N.A. intends to offer into evidence at the November 30, 2015 hearing.

| | |
|---|---|
| 1 | Birkin Trust Deed under cover of letter from M. Zimmerman to Portcullis Trustnet Ltd. (Cook Islands) |
| 2 | Evelyn Trust Deed under cover of letter from M. Zimmerman to Orion Corporate and Trust Services (Belize) |
| 3 | Kelly Trust Deed under cover of letter from M. Zimmerman to Portcullis Trustnet Ltd. (Cook Islands) |
| 4 | Lindy Trust Deed under cover of letter from M. Zimmerman to Southpac Trust Nevis Ltd. (Nevis) |
| 5 | Order to Show Cause with TRO dated November 5, 2015, and supporting documents, previously filed; ECF no.'s 4, 5, 6, and 7 |
| 6 | Emails re: Trustee Resignation Letters |
| 7 | Trustee Resignation Letters (8) |
| 8 | Letters Appointing Moscow Trustees |
| 9 | Order to Show Cause and TRO (11/05/15), and Order Amending TRO and Authorizing Additional Discovery (11/16/15) |
| 10 | Spreadsheets identifying Trust properties and encumbrances (GF002108-002125) |
| 11 | Transfer documents for Freidman Residences |
| 12 | Capital One, N.A. Judgment with affidavits |
| 13 | Transcript of Ellen Walker deposition taken 11/20/15 |
| 14 | Freidman June 30, 2015 Personal Financial Statement |
| 15 | Edward Mermelstein Trial Subpoena and Affidavit of Service |
| 16 | Michael Zimmerman Trial Subpoena and Affidavit of Service |

| | | |
|---|---|---|
| | 17 | Ellen Walker Trial Subpoena with Email correspondence re: Acceptance of Service and Ms. Walker's unavailability |
| | 18 | Freidman March 31, 2014 Personal Financial Statement |
| | 19 | Emails concerning Trustee resignations and appointments |
| | 20 | List of real estate transfers |
| | 21 | Freidman Statement of Financial Condition, December 31, 2010 |
| | 22 | Freidman March 31, 2014 Personal Financial Statement (received from Michael Zimmerman) |

Dated: New York, New York
November 25, 2015

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Nathan Schwed
Jantra Van Roy
Robert Guttmann
*Attorneys for Plaintiff, Citibank, N.A.*
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400