WHITE AND WILLIAMS LLP
Robert Ansehl, Esq.
Sedgwick M. Jeanite, Esq.
7 Times Square, Suite 2900
New York, NY 10036-6524
Telephone: (212) 244-9500
ansehlr@whiteandwilliams.com
jeanites@whiteandwilliams.com

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HYPNOTIC TAXI, LLC, *et al*., | : | Case No. 15-43300 (CEC) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
--------------------------------------------------------x
| | | |
|---|---|---|
| CITIBANK, N.A., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -against- | : | Adv. Pro. No. 15-01185 (CEC) |
| | : | |
| BOMBSHELL TAXI, *et al.*, | : | |
| | : | |
| Defendants. | : | |
--------------------------------------------------------x

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN**
**DEBTORS' MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are: (i) Hypnotic Taxi LLC (6632) (Case No. 15-43300); (ii) Bombshell Taxi LLC (1282) (Case No. 15-43301); (iii) Bourbon Taxi LLC (7155) (Case No. 15-43302); (iv) Butterfly Taxi LLC (6992) (Case No. 15-43303); (v) Candy Apple Taxi LLC (0249) (Case No. 15-43304); (vi) Chianti Taxi, LLC (6799) (Case No. 15-43305); (vii) Chopard Taxi Inc. (0746) (Case No. 15-43306); (viii) Cupcake Taxi LLC (0324) (Case No. 15-43307); (ix) Dorit Transit Inc. (9129) (Case No. 15-43308); (x) France Taxi LLC, (9592) (Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039) (Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877) (Case No. 15-43311); (xiii) Marseille Taxi LLC (9890) (Case No. 15-43312); (xiv) Merlot Taxi LLC (7103) (Case No. 15-43313); (xv) Milkyway Cab Corp. (5061) (Case No. 15-43314); (xvi) Palermo Taxi, Inc. (5956) (Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725) (Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323) (Case No. 15-43317); (xix) Pudding Taxi Inc. (0432) (Case No. 15-43318); (xx) Stoli Taxi Inc. (4079) (Case No. 15-43319); (xxi) Vodka Taxi LLC (4239) (Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909) (Case No. 15-43321).

## MOTION FOR ABSTENTION PURSUANT TO 28 U.S.C. § 1334(c) OR, ALTERNATIVELY, REMAND PURSUANT TO 28 U.S.C. § 1452

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), joins in the Debtors' Memorandum of Law in Support of Objection to Motion for Abstention Pursuant to 28 U.S.C. § 1334(c) or, Alternatively, Remand Pursuant to 28 U.S.C. § 1452 [Docket No. 43] (the "Debtors' Objection") filed in opposition to the Motion for Abstention Pursuant to 28 U.S.C. § 1334(c) or, Alternatively, Remand Pursuant to 28 U.S.C. § 1452 and supporting memorandum of law filed by Citibank, N.A. [Docket Nos. 2 and 3] (the "Remand Motion") .

**WHEREFORE,** the Committee supports and joins in the Debtors' Objection and opposes the relief requested in the Remand Motion.

Dated:  November 30, 2015

                      WHITE AND WILLIAMS LLP

                      By:   /s/ Sedgwick M. Jeanite
                          Robert Ansehl, Esq. (admitted *pro hac vice*)
                          Sedgwick M. Jeanite, Esq.
                          7 Times Square, Suite 2900
                          New York, NY  10036-6524
                          Telephone: 212-244-9500
                          ansehlr@whiteandwilliams.com
                          jeanites@whiteandwilliams.com

                          and

                          Earl M. Forte, Esq. (admitted *pro hac vice*)
                          Amy E. Vulpio, Esq. (admitted *pro hac vice*)
                          1650 Market Street, 18th Floor
                          Philadelphia, PA  19103
                          Telephone: 215-864-7000
                          fortee@whiteandwilliams.com
                          vulpioa@whiteandwilliams.com

                      *Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                              :         Chapter 11
                                                    :
HYPNOTIC TAXI, LLC, *et al.*,                       :         Case No. 15-43300 (CEC)
                                                    :
              Debtors.[1]              :         (Jointly Administered)
---------------------------------------------------------------x
CITIBANK, N.A.,                                     :
                                                    :
              Plaintiff,              :
                                                    :
          -against-                         :         Adv. Pro. No. 15-01185 (CEC)
                                                    :
BOMBSHELL TAXI, *et al.*,                           :
                                                    :
              Defendants.             :
---------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Sedgwick M. Jeanite, hereby certify that on the 30th day of November, 2015, I caused a copy of the Joinder of Official Committee of Unsecured Creditors in Debtors' Memorandum of Law in Support of Objection to Motion for Abstention Pursuant to 28 U.S.C. § 1334(c) or, Alternatively, Remand Pursuant to 28 U.S.C. § 1452 to be served via electronic service on all parties requesting CM/ECF notification in the above-captioned adversary proceeding.

                                      By:  /s/ Sedgwick M. Jeanite
                                             Sedgwick M. Jeanite, Esq.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are: (i) Hypnotic Taxi LLC (6632) (Case No. 15-43300); (ii) Bombshell Taxi LLC (1282) (Case No. 15-43301); (iii) Bourbon Taxi LLC (7155) (Case No. 15-43302); (iv) Butterfly Taxi LLC (6992) (Case No. 15-43303); (v) Candy Apple Taxi LLC (0249) (Case No. 15-43304); (vi) Chianti Taxi, LLC (6799) (Case No. 15-43305); (vii) Chopard Taxi Inc. (0746) (Case No. 15-43306); (viii) Cupcake Taxi LLC (0324) (Case No. 15-43307); (ix) Dorit Transit Inc. (9129) (Case No. 15-43308); (x) France Taxi LLC, (9592) (Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039) (Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877) (Case No. 15-43311); (xiii) Marseille Taxi LLC (9890) (Case No. 15-43312); (xiv) Merlot Taxi LLC (7103) (Case No. 15-43313); (xv) Milkyway Cab Corp. (5061) (Case No. 15-43314); (xvi) Palermo Taxi, Inc. (5956) (Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725) (Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323) (Case No. 15-43317); (xix) Pudding Taxi Inc. (0432) (Case No. 15-43318); (xx) Stoli Taxi Inc. (4079) (Case No. 15-43319); (xxi) Vodka Taxi LLC (4239) (Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909) (Case No. 15-43321).