UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HYPNOTIC TAXI LLC, *et al.*,[1]. | Case No. 15-43300-cec<br>(Jointly Administered) |
| In re:<br><br>CITIBANK, N.A.,<br><br>        Plaintiff,<br><br>        v.<br><br>BOMBSHELL TAXI LLC, *et al.*,<br><br>        Defendants. | Civil Action No. 15-01185-(CEC)<br><br>**DECLARATION OF BRETT A. BERMAN, ESQ.** |

Brett A. Berman, Esq., of full age, hereby declares, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.     I am an Attorney at Law licensed to practice before this Court and am a partner with the law firm of Fox Rothschild LLP, attorneys for defendant/respondent Evgeny Freidman.

2.     I make this declaration pursuant to the Court's Order, dated December 3, 2015, to provide the Court with a true and accurate copy of the Affidavit of Charles Nigro, dated March 5, 2015, along with the exhibits annexed thereto.

---

[1]     The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 15-43321).

I declare under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 3, 2015

                                              /s/ Brett A. Berman
                                                Brett A. Berman