UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>HYPNOTIC TAXI LLC, et al.,[1] | Case No.: 15-43300 (CEC)<br>(Jointly Administered) |
| Citibank, N.A.,<br><br>                      Plaintiff,<br><br>       - against -<br><br>BOMBSHELL TAXI LLC, et al.,<br><br>                    Defendants. | Adv. Proc. No. 15-01185 (CEC)<br><br>**ORDER** |

        Plaintiff Citibank, N.A. ("Citibank") having moved by Order to Show Cause on November 5, 2015, seeking, inter alia, an order of attachment, and the Court having entered an Order of Attachment on November 17, 2015 (the "Attachment Order") (ECF 28), and the Court having issued an order on November 19, 2015 (ECF 34) staying the Attachment Order (the "Stay"), and upon all of the papers and

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are (i) Hypnotic Taxi LLC (6632)(Case No. 15-43300); (ii) Bombshell Taxi LLC (1282)(Case No. 15-43301); (iii) Bourbon Taxi LLC (7155)(Case No. 15-43302); (iv) Butterfly Taxi LLC (6992)(Case No. 15-43303); (v) Candy Apple Taxi LLC (0249)(Case No. 15-43304); (vi) Chianti Taxi, LLC (6799)(Case No. 15-43305); (vii) Chopard Taxi Inc. (0746)(Case No. 15-43306); (viii) Cupcake Taxi LLC (0324)(Case No. 15-43307); (ix) Dorit Transit Inc. (9129)(Case No. 15-43308); (x) France Taxi LLC, (9592)(Case No. 15-43309); (xi) Hennessey Taxi Inc. (4039)(Case No. 15-43310); (xii) Iceberg Taxi Inc. (5877)(Case No. 15-43311); (xiii) Marseille Taxi LLC (9890)(Case No. 15-43312); (xiv) Merlot Taxi LLC (7103)(Case No. 15-43313); (xv) Milkyway Cab Corp. (5061)(Case No 15-43314); (xvi) Palermo Taxi, Inc. (5956)(Case No. 15-43315); (xvii) Pinot Noir Taxi LLC (6725)(Case No. 15-43316); (xviii) Pointer Taxi LLC, (2323)(Case No. 15-43317); (xix) Pudding Taxi Inc. (0432)(Case No. 15-43318); (xx) Stoli Taxi Inc. (4079)(Case No. 15-43319); (xxi) Vodka Taxi LLC (4239)(Case No. 15-43320); and (xxii) VSOP Taxi Inc. (3909)(Case No. 1543321).

proceedings heretofore had herein, and for the reasons set forth in this Court's Decision after Trial entered January 12, 2016,

NOW, therefore it is

ORDERED that the Stay of the Attachment Order is lifted, and Citibank is authorized to attach Evgeny Freidman's ("Freidman") property in accordance with such Attachment Order including without limitation the Real Estate Entities transferred by Freidman to the Kelly Funding Trust, Birkin Funding Trust, Lindy Funding Trust, and Evelyn Funding Trust (the "Trusts") upon it complying with the terms of such Attachment Order; and it is further

ORDERED that references to "Sheriff" in the Attachment Order shall mean United States Marshal or the Sheriff of the City of New York or of any County of the State of New York; and it is further

~~ORDERED that pursuant to CPLR §6220, Citibank is authorized to inspect the properties owned by the Real Estate Entities and Freidman is directed to cooperate and make such properties available for inspection upon reasonable request by Citibank or its representatives; and it is further~~

~~ORDERED that, pursuant to CPLR §6220, Citibank is authorized to obtain disclosure from any other person or entity having knowledge regarding any property in which Freidman has an interest, and any transfers or other disposition of assets made by or on behalf of Freidman since January 1, 2015, including, without limitation, Sandra Freidman (his wife), the former and present trustees or purported~~

~~trustees of the Trusts, Ethan Gerber, and corporations and LLCs in which Freidman had an ownership interest; and it is further~~ *(CEC)*

ORDERED that the Temporary Restraining Order entered on November 5, 2015 *(ECF 6) pursuant to CPLR 6210 (CEC)*, as amended by the Order Amending TRO entered November 16, 2015 (ECF 29) is extended pending further order of this Court.



**Dated: Brooklyn, New York**
**January 15, 2016**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**

842980v1