UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

HYPNOTIC TAXI LLC, et al.,

                  Debtors.
-----------------------------------------------------------x

CITIBANK, N.A.,

                  Plaintiff,

v.

BOMBSHELL TAXI LLC, et al.,

                  Defendants.
-----------------------------------------------------------x

Chapter 7

Case No. 15-43300 (CEC)

Adv. Pro. No.: 15-01185 (CEC)

## ORDER

UPON the motion filed by Citibank, N.A. ("Citibank"), on January 27, 2017 (ECF No. 356) (the "Common Interest Motion"), and a hearing having been held on March 27, 2017, and upon the all of the papers filed in support of and in opposition to the Common Interest Motion, and upon all papers and proceedings heretofore had therein, and for the reasons set forth in the Decision dated April 10, 2017, it is

ORDERED, that the Kelly Funding Trust, the Birkin Funding Trust, the Lindy Funding Trust, and the Evelyn Funding Trust (the "Trusts"), Evgeny Freidman, and their respective counsel produce all documents previously requested by Citibank and withheld on the basis of the common interest doctrine; and it is further

ORDERED, that all such documents be provided to Citibank's counsel on or before April 18, 2017; and it is further

ORDERED, that the deadline for filing a Joint Pre-Trial Order with respect to the matters to be tried commencing on May 2, 2017, and for the exchange of exhibits, set by this Court's order dated March 7, 2017, is hereby extended from April 24, 2017 to April 27, 2017.



**Dated: Brooklyn, New York**
**April 10, 2017**

_Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**