**CHIPMAN BROWN**
**CICERO & COLE**

DELAWARE | NEW YORK

CHIPMAN BROWN CICERO & COLE, LLP
501 FIFTH AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10017
WWW.CHIPMANBROWN.COM

ADAM D. COLE
(646) 685-8363
COLE@CHIPMANBROWN.COM

September 8, 2017

**BY ECF and ELECTRONIC MAIL**

Chief Judge Carla E. Craig
U.S. Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      **Re:**   *Citibank, N.A. v. Bombshell Taxi LLC, et al.,*
             **Adv. Pro. No.: 15-01185 (CEC)**
             **Letter of Adjournment**

Dear Chief Judge Craig:

      We represent Petitioner, Sterling National Bank ("SNB"), in connection with its NY CPLR § 6221 Petition in the above-referenced Adversary Proceeding [AP. Dkt. No. 230]. On February 16, 2017, SNB and Citibank, N.A. filed a joint motion to adjourn the hearing on SNB's petition [AP Dkt. No. 374] to a date and time after the Court resolves (1) the Petition under CPLR § 6221 filed by the Kelly Funding Trust, the Birkin Funding Trust, the Lindy Funding Trust, and the Evelyn Funding Trust, as supplemented [AP Dkt. Nos. 100, 150, 151 and 303], and (2) the cross-motion for an alter ego determination filed by Citibank [AP Dkt. No. 156]. The joint motion to adjourn remains pending, and the hearing for SNB's petition was reset for September 11, 2017 at 2:30 pm. In abundance of caution, and after speaking with your Courtroom Deputy, Tracie Leonard, the hearing on SNB's petition is adjourned to **October 16, 2017**, at **2:00 pm**. We will separately notify counsel of this adjournment notice.

                                                  Respectfully submitted,

                                                    Adam D. Cole

cc:   Jantra Van Roy, Esq. (by ECF and Electronic mail)
       Nathan Schwed, Esq. (by ECF and Electronic mail)
       Margreta M. Morgulas, Esq. (by ECF and Electronic mail)